UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAREY LOUIS HOOD

VERSUS                              CIVIL ACTION NO.: 10-158-JVP-SCR

DAVID VOORHIES, N. BURL CAIN
AND JAMES LEBLANC

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 11, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff's complaint shall be **DISMISSED as** frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 31, 2010.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA